UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X          04 CV 4461 (NG) (RML)
KUM HWA KIM,

                         **Plaintiff,**

                -against-                                                                          **ORDER**

JOSEPH L. BONIN; MGM TRANSPORT
CORP.; and JBN TRANSPORT INC. d/b/a
JBN TRANSPORT,

                         **Defendants.**
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

On October 19, 2005, this case was referred to arbitration. An arbitration hearing was held on February 14, 2006, and an arbitration award was entered on the same day. On March 16, 2006, defendants filed an application for trial de novo. Pursuant to Local Rule 83.10(h)(2), defendants' application is granted and this matter is restored to the court's active calendar. The parties are directed to prepare a joint pretrial order under the supervision of Magistrate Judge Robert M. Levy.

                         **SO ORDERED.**

                         /S/
                         **NINA GERSHON**
                         **United States District Judge**

Dated: Brooklyn, New York
       March 20, 2006